IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| FRANCISCO GONZALEZ MARTINEZ, | § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-25-CV-430-KC |
| KRISTI NOEM et al., | § § § | |
| Respondents. | § | |

## **ORDER**

On this day, the Court considered the case. On October 21, 2025, the Court granted in part Gonzalez Martinez's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide Gonzalez Martinez with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release Gonzalez Martinez from custody, under reasonable conditions of supervision. Oct. 21, 2025, Order 10, ECF No. 10. The Court also ordered Respondents to file written notice informing the Court whether Gonzalez Martinez had been released from custody. *Id.*

Respondents have now informed the Court that Gonzalez Martinez has been released from custody on his own recognizance. Advisory, ECF No. 11.

Accordingly, the Court **ORDERS** that the parties shall meet and confer and **FILE** notice informing the Court whether any matters remain to be resolved in this case **by no later than November 5, 2025**.

**SO ORDERED**.

SIGNED this 29th day of October, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE