IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| FRANCISCO GONZALEZ MARTINEZ,<br><br>    Petitioner,<br><br>v.<br><br>KRISTI NOEM et al.,<br><br>    Respondents. | §§§§§§§§§§§  CAUSE NO. EP-25-CV-430-KC |

**ORDER**

On this day, the Court considered the case. On October 21, 2025, the Court granted Gonzalez Martinez's Petition for Writ of Habeas Corpus in part and ordered Respondents to either (1) provide Gonzalez Martinez with a bond hearing before an IJ; or (2) release Gonzalez Martinez from custody, under reasonable conditions of supervision. Oct. 21, 2025, Order 10, ECF No. 10. The Court also ordered Respondents to file written notice informing the Court whether Gonzalez Martinez had been released from custody. *Id.* Respondents informed the Court that Gonzalez Martinez has been released from custody on his own recognizance. Advisory, ECF No. 11. Thus, the Court ordered the parties to inform the Court if any matters remained pending by November 5, 2025. Oct. 29, 2025, Order, ECF No. 12. The parties did not file anything in response.

Accordingly, because the Petition has been adjudicated, and the parties did not indicate that any matters remain pending, **the Clerk shall close the case.**

**SO ORDERED**.

SIGNED this 6th day of November, 2025

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE